UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-03161-DJF

SAMMY P.,

Plaintiff,

v.

**CERTIFICATE OF COMPLIANCE**

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

The undersigned attorney for the United States certifies Defendant's Response to the Court's Order complies with the type volume and size limitations of D. Minn. LR 7.1(f). The response has 19 pages, consisting of 4,821 words of type, font size 13. The response was prepared using Microsoft Word for Microsoft 365 for all text, including headings, footnotes, and quotations in the word count.

DANIEL N. ROSEN
United States Attorney

LISA A. THOMAS
Executive Counsel for Program Litigation 4

*s/ Dennis A. Golden*
BY: DENNIS A. GOLDEN
Special Assistant U.S. Attorney
State Attorney ID #23920 - KS
Program Litigation 4
Social Security Administration
Law & Policy
Attn: Program Litigation 4
6401 Security Boulevard
Baltimore MD 21235-6401
(Duty Station: Jefferson City, MO)
Telephone: (816) 936-4904

Email: dennis.golden@ssa.gov

Attorneys for the Defendant